IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor;<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID E. DOLL,<br><br>    Defendant. | 8:13CV378<br><br>AMENDED ORDER |

IT IS ORDERED:

1) The government's motion, (Filing No. 5), is granted.

2) The clerk shall deliver a copy of the plaintiff's complaint, and the summons to the U.S. Marshal, along with the completed USM-285 form filed with Filing No. 5, for **personal** service on the defendant.

3) The Marshal shall **personally** serve the summons and a copy of the plaintiff's complaint on:

  David E. Doll, 8501 N. 180th Street, Bennington, NE..

The Marshal shall file a return of service stating it has served this order on the defendant and the method, location, and date of such service.

4) The Marshal shall serve the summons and the Complaint without payment of costs or fees.

March 5, 2014.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge