IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. PEREZ, <br> SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF LABOR, <br>                        Plaintiff, <br>    v. <br> DAVID E. DOLL, <br>                        Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 8:13-cv-378 <br> ) <br> ) <br> ) <br> ) |

**ORDER EXTENDING TIME TO SERVE DEFENDANT
WITH SUMMONS AND COMPLAINT**

For good cause shown, Plaintiff's Motion for Extension of Time to Serve Defendant with Summons and Complaint is GRANTED. The deadline to serve Defendant David E. Doll is extended until June 27, 2014.

It is SO ORDERED.

                                      *s/Cheryl R. Zwart*
                                      CHERYL R. ZWART
                                      United States Magistrate Judge

DATED: April 15, 2014