IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor<br><br>Plaintiff,<br><br>vs.<br><br>DAVID E. DOLL,<br><br>Defendant. | 8:13CV378<br><br>MEMORANDUM AND ORDER |

The defendant has moved for an order vacating the Clerk's entry of default, and for leave to file an amended answer. (Filing No. 20). The government does not oppose the defendant's motion. (Filing No. 21).

Accordingly,

IT IS ORDERED:

1) The defendant's motion to vacate, (Filing No. 20), is granted, and the Clerk's entry of default, (Filing No. 18), is vacated.

2) The defendant's proposed amended answer, a copy of which is attached to his motion, shall be filed on or before June 11, 2014.

3) Counsel for the parties shall confer and, on or before **July 9, 2014**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

4) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **July 2, 2014**, a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

June 4, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge